

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Stephanie Renee Nolen, Appellant

No. 06-13-00055-CR      v.

The State of Texas, Appellee

Appeal from the 2nd District Court of Cherokee County, Texas (Tr. Ct. No. 17159).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.  Therefore, we dismiss the appeal.

We note that the appellant, Stephanie Renee Nolen, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED APRIL 9, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk